■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH BOJKO, Appellant, v GARY FILION, as Superintendent of Marcy Correctional Facility, Respondent. [718 NYS2d 682] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Grow, J. (Appeal from Judgment of Supreme Court, Oneida County, Grow, J.—Habeas Corpus.) Present—Wisner, J. P., Hurlbutt, Scudder and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSE M. O. RODRIGUEZ, Appellant, v HANS G. WALKER, as Superintendent of Auburn Correctional Facility, Respondent. (Appeal No. 1.) [718 NYS2d 675] —Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly dismissed the petition seeking a writ of habeas corpus. The issues raised therein either were raised or could have been raised on defendant's prior direct appeal or by a postjudgment motion pursuant to CPL article 440 (*see, People ex rel. Johnson v Walker,* 262 AD2d 1005, *lv denied* 93 NY2d 818, *cert denied* 528 US 1165; *People ex rel. Batista v Walker,* 198 AD2d 865, *lv denied* 83 NY2d 752). (Appeal from Judgment of Supreme Court, Cayuga County, Corning, J.—Habeas Corpus.) Present—Wisner, J. P., Hurlbutt, Scudder and Kehoe, JJ.